IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES MOJICA, | § | |
| *Plaintiff,* | § | SA-23-CV-00944-ESC |
| vs. | § | |
| KILOLO KIJAKAZI, COMMISSIONER SOCIAL SECURITY; | § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled and numbered cause of action is Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) [#11]. By her motion, the Commissioner of Social Security asks the Court to reverse the agency's final administrative decision and remand this case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Court will grant the motion.

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) [#11] is **GRANTED**. The Court will enter a separate final judgment remanding this case for further administrative proceedings.

SIGNED this 5th day of January, 2024.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE