IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES MOJICA, | § § § | |
| *Plaintiff,* | § § § | SA-23-CV-00944-ESC |
| vs. | § § § | |
| KILOLO KIJAKAZI, COMMISSIONER SOCIAL SECURITY, | § § § § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

On this day, the Court granted the Commissioner's unopposed motion to reverse and remand this action under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the final decision of the Commissioner denying Plaintiff's application for benefits under the Social Security Act is **REVERSED AND REMANDED** under sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991), for further administrative proceedings.

SIGNED this 5th day of January, 2024.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE